Alexander Eisenstein and Samuel Isenstein, petitioners-appellees, v. City of Chicago et al., on appeal of Charles Bostrom, commissioner of buildings of the City of Chicago, respondent-appellant. Gen. No. 27,548.

Mandamus to compel issuance of a building permit. Writ issued. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. · Opinion filed July 3, 1922.

Samuel A. Ettelson, for appellant; B. F. Kleeman, of counsel. Gustav E. Beerly and Roy S. Gaskill, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.